KURT A. KAPPES, SBN 146384
STEPHEN E. PAFFRATH, SBN 195932
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
kappesk@gtlaw.com
paffraths@gtlaw.com

Attorneys for Defendants
AMERUS LIFE INSURANCE COMPANY
AVIVA LIFE AND ANNUITY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENESIS SPECIALTY TILE & ACCESSORIES, LLC; ELEFTHERIOS EFSTRATIS; ELEFTHERIOS D. EFSTRATIS; PATRICIA E. EFSTRATIS; JESSICA N. EFSTRATIS; THOMAS A. JOHNSON; NORA E. RUNDELL, <br><br> Plaintiff, <br><br> v. <br><br> AMERUS LIFE INSURANCE COMPANY OF IOWA; AVIVA LIFE AND ANNUITY COMPANY f/k/a/ AMERUS LIFE INSURANCE COMPANY, a corporation, RAYMOND F. OLMO, an individual; R.F. OLMO & ASSOCIATES, INC., a corporation; MARSHALL KATZMAN, an individual; UNITED FINANCIAL GROUP, LTD, a corporation; DAVID ZUCCOLOTTO; and DOES 1 through 100, inclusive <br><br> Defendants. | CASE NO. 2:11-cv-02489-LKK-DAD <br><br> **STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO REMAND; ORDER** <br><br> Hearing: November 21, 2011 <br> Time: 10:00 a.m. <br> Ctrm: 4 |

---

1  Case No. 2:11-cv-02489-LKK-DAD
**STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTIONS TO REMAND
FIRST AMENDED COMPLAINT; [PROPOSED] ORDER**
SAC 442,103,649v1 11-3-11

Plaintiffs Genesis Specialty Tile & Accessories, LLC, Eleftherios Efstratis, Eleftherios D. Efstratis, Patricia E. Efstratis, Jessica N. Efstratis, Thomas A. Johnson, and Nora E. Rundell ("Plaintiffs") and Defendants Amerus Life Insurance Company, Aviva Life and Annuity Company, Raymond F. Olmo, R.F. Olmo & Associates, Inc., Marshall Katzman, and David Zuccolotto ("Defendants") hereby stipulate to continue the hearing on, and briefing schedule related to, the Plaintiffs' Motion to Remand in the above-captioned action, as set forth below:

1. Plaintiffs' Motion to Remand, currently scheduled for hearing on November 21, 2011, at 10:00 a.m., is continued for hearing to December 5, 2011, at 10:00 a.m.;

2. Any opposition to Plaintiff's Motion to Remand shall be due on or before November 14, 2011.

3. Plaintiff's reply to any opposition will be due on or before November 28, 2011.

IT IS SO STIPULATED

Respectfully submitted,

Dated: November 4, 2011         GREENBERG TAURIG, LLP

By: /s/ Stephen E. Paffrath
    Kurt A. Kappes
    Stephen E. Paffrath
    Attorneys for Defendants
    AMERUS LIFE INSURANCE COMPANY
    AVIVA LIFE AND ANNUITY

Dated: November 4, 2011         KLINEDINST PC

By: /s/ Connie M. Anderson
    Connie M. Anderson
    Reina G. Minoya
    Attorneys for Defendant
    MARSHALL KATZMAN

| | |
|---|---|
| Dated: November 4, 2011 | WINGET SPADAFORA & SCHWARTBERG, LLP |

By: /s/ David Maurer
    Brandon S. Reif
    David Maurer
    Attorneys for Defendants
    RAYMOND F. OLMO & RF OLMO & ASSOCIATES

Dated: November 4, 2011    MANDELL & ASSOCIATES, PC

By: /s/ Barbara J. Mandell
    Barbara J. Mandell
    Lyndon H. Hong
    Attorneys for Defendant
    DAVID ZUCCOLOTTO

Dated: November 4, 2011    GUY KORNBLUM & ASSOCIATES

By: /s/ Walter Crump
    Walter Crump
    Attorneys for Plaintiffs
    ELEFTHERIOS EFSTRATIS, ELEFTHERIOS D. EFSTRATIS, PATRICIA E. EFSTRATIS, JESSICA N. EFSTRATIS, THOMAS A. JOHNSON, AND NORA E. RUNDELL

**IT IS SO ORDERED.**

Dated: November 7, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT