1  KURT A. KAPPES, SBN 146384
   STEPHEN E. PAFFRATH, SBN 195932
2  GREENBERG TAURIG, LLP
   1201 K Street, Suite 1100
3  Sacramento, CA  95814-3938
   Telephone:  (916) 442-1111
4  Facsimile:  (916) 448-1709
   kappesk@gtlaw.com
5  paffraths@gtlaw.com

6  Attorneys for Defendants
   AMERUS LIFE INSURANCE COMPANY
7  AVIVA LIFE AND ANNUITY

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11
   GENESIS SPECIALTY TILE & ACCESSORIES,  ) CASE NO.  2:11-cv-02489-LKK-DAD
12 LLC; ELEFTHERIOS EFSTRATIS;            )
   ELEFTHERIOS D. EFSTRATIS; PATRICIA E.  )
13 EFSTRATIS; JESSICA N. EFSTRATIS;       ) **STIPULATION TO CONTINUE HEARING**
   THOMAS A. JOHNSON; NORA E. RUNDELL,    ) **ON DEFENDANTS' MOTIONS TO**
14                                        ) **DISMISS FIRST AMENDED COMPLAINT;**
         Plaintiff,                       ) **ORDER**
15                                        )
   v.                                     )
16                                        ) Hearing:   December 5, 2011
   AMERUS LIFE INSURANCE COMPANY OF       ) Time:      10:00 a.m.
17 IOWA; AVIVA LIFE AND ANNUITY           ) Ctrm:      4
   COMPANY f/k/a/ AMERUS LIFE INSURANCE   )
18 COMPANY, a corporation, RAYMOND F.     )
   OLMO, an individual; R.F. OLMO &       )
19 ASSOCIATES, INC., a corporation; MARSHALL )
   KATZMAN, an individual; UNITED FINANCIAL )
20 GROUP, LTD, a corporation; DAVID       )
   ZUCCOLOTTO; and DOES 1 through 100,    )
21 inclusive                              )
                                          )
22       Defendants.                      )
   _____)
23

24

25

26

27

28

**STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTIONS TO DISMISS
FIRST AMENDED COMPLAINT; [PROPOSED] ORDER**
SAC 442,102,961v1 11-3-11

Plaintiffs Genesis Specialty Tile & Accessories, LLC, Eleftherios Efstratis, Eleftherios D. Efstratis, Patricia E. Efstratis, Jessica N. Efstratis, Thomas A. Johnson, and Nora E. Rundell ("Plaintiffs") and Defendants Amerus Life Insurance Company, Aviva Life and Annuity Company, Raymond F. Olmo, R.F. Olmo & Associates, Inc., Marshall Katzman, and David Zuccolotto ("Defendants") hereby stipulate to continue the hearing on, and briefing schedule related to, the Defendants' Motions to Dismiss Plaintiffs' First Amended Complaint in the above-captioned action, as set forth below:

1. Each of the Defendants' Motions to Dismiss the Plaintiffs' First Amended Complaint, all currently scheduled for hearing on December 5, 2011, at 10:00 a.m., are continued for hearing to January 30, 2012, at 10:00 a.m.;

2. Plaintiffs' opposition to the Defendants' Motions to Dismiss Plaintiffs' First Amended Complaint, currently due on November 21, 2011, will be due on January 13, 2012.

3. Defendants' reply, currently due on November 28, 2011, will be due on January 23, 2012

IT IS SO STIPULATED

Respectfully submitted,

Dated: November 4, 2011                GREENBERG TRAURIG, LLP

By: /s/ Stephen E. Paffrath__
    Kurt A. Kappes
    Stephen E. Paffrath
    Attorneys for Defendants
    AMERUS LIFE INSURANCE COMPANY
    AVIVA LIFE AND ANNUITY

Dated: November 4, 2011                KLINEDINST PC

By: /s/ Connie M. Anderson___
    Connie M. Anderson
    Reina G. Minoya
    Attorneys for Defendant
    MARSHALL KATZMAN

**STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTIONS TO DISMISS FIRST AMENDED COMPLAINT; [PROPOSED] ORDER**

SAC 442,102,961v1 11-3-11

1  Dated:  November 4, 2011                    WINGET SPADAFORA &
2                                              SCHWARTBERG, LLP

3
                                               By: /s/ David Maurer_____
4                                                  Brandon S. Reif
                                                   David Maurer
5                                                  Attorneys for Defendants
                                                   RAYMOND F. OLMO & RF OLMO &
6                                                  ASSOCIATES

7
   Dated:  November 4, 2011                    MANDELL & ASSOCIATES, PC
8

9
                                               By: /s/ Barbara J. Mandell_____
10                                                 Barbara J. Mandell
                                                   Lyndon H. Hong
11                                                 Attorneys for Defendant
                                                   DAVID ZUCCOLOTTO
12

13 Dated:  November 4, 2011                    GUY KORNBLUM & ASSOCIATES

14
                                               By: /s/ Walter Crump_____
15                                                 Walter Crump
                                                   Attorneys for Plaintiffs
16                                                 ELEFTHERIOS EFSTRATIS, ELEFTHERIOS
                                                   D. EFSTRATIS, PATRICIA E. EFSTRATIS,
17                                                 JESSICA N. EFSTRATIS, THOMAS A.
                                                   JOHNSON, AND NORA E. RUNDELL
18

19

20

21

22 **IT IS SO ORDERED.**

23

24 Dated: November 7, 2011

25
                                               _____
26                                             LAWRENCE K. KARLTON
                                               SENIOR JUDGE
27                                             UNITED STATES DISTRICT COURT

28

                                            3                Case No. 2:11-cv-02489-LKK-DAD
**STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTIONS TO DISMISS
FIRST AMENDED COMPLAINT; [PROPOSED] ORDER**
SAC 442,102,961v1 11-3-11