KURT A. KAPPES, SBN 146384
STEPHEN E. PAFFRATH, SBN 195932
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
kappesk@gtlaw.com
paffraths@gtlaw.com

Attorneys for Defendants
AMERUS LIFE INSURANCE COMPANY
AVIVA LIFE AND ANNUITY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENESIS SPECIALTY TILE & ACCESSORIES, LLC; ELEFTHERIOS EFSTRATIS; ELEFTHERIOS D. EFSTRATIS; PATRICIA E. EFSTRATIS; JESSICA N. EFSTRATIS; THOMAS A. JOHNSON; NORA E. RUNDELL,<br><br>    Plaintiff,<br><br>v.<br><br>AMERUS LIFE INSURANCE COMPANY OF IOWA; AVIVA LIFE AND ANNUITY COMPANY f/k/a/ AMERUS LIFE INSURANCE COMPANY, a corporation, RAYMOND F. OLMO, an individual; R.F. OLMO & ASSOCIATES, INC., a corporation; MARSHALL KATZMAN, an individual; UNITED FINANCIAL GROUP, LTD, a corporation; DAVID ZUCCOLOTTO; and DOES 1 through 100, inclusive<br><br>    Defendants. | CASE NO.  2:11-cv-02489-LKK-DAD<br><br>**STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTIONS TO DISMISS FIRST AMENDED COMPLAINT; ORDER**<br><br>Hearing:  December 5, 2011<br>Time:      10:00 a.m.<br>Ctrm:       4 |

---

1                                                                                      Case No. 2:11-cv-02489-LKK-DAD
**STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTIONS TO DISMISS FIRST AMENDED COMPLAINT; [PROPOSED] ORDER**
SAC 442,102,961v1 11-3-11

Plaintiffs Genesis Specialty Tile & Accessories, LLC, Eleftherios Efstratis, Eleftherios D. Efstratis, Patricia E. Efstratis, Jessica N. Efstratis, Thomas A. Johnson, and Nora E. Rundell ("Plaintiffs") and Defendants Amerus Life Insurance Company, Aviva Life and Annuity Company, Raymond F. Olmo, R.F. Olmo & Associates, Inc., Marshall Katzman, and David Zuccolotto ("Defendants") hereby stipulate to continue the hearing on, and briefing schedule related to, the Defendants' Motions to Dismiss Plaintiffs' First Amended Complaint in the above-captioned action, as set forth below:

1. Each of the Defendants' Motions to Dismiss the Plaintiffs' First Amended Complaint, all currently scheduled for hearing on December 5, 2011, at 10:00 a.m., are continued for hearing to January 30, 2012, at 10:00 a.m.;

2. Plaintiffs' opposition to the Defendants' Motions to Dismiss Plaintiffs' First Amended Complaint, currently due on November 21, 2011, will be due on January 13, 2012.

3. Defendants' reply, currently due on November 28, 2011, will be due on January 23, 2012

IT IS SO STIPULATED

Respectfully submitted,

Dated: November 4, 2011     GREENBERG TRAURIG, LLP

By: /s/ Stephen E. Paffrath__
    Kurt A. Kappes
    Stephen E. Paffrath
    Attorneys for Defendants
    AMERUS LIFE INSURANCE COMPANY
    AVIVA LIFE AND ANNUITY

Dated: November 4, 2011     KLINEDINST PC

By: /s/ Connie M. Anderson___
    Connie M. Anderson
    Reina G. Minoya
    Attorneys for Defendant
    MARSHALL KATZMAN

**STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTIONS TO DISMISS FIRST AMENDED COMPLAINT; [PROPOSED] ORDER**

SAC 442,102,961v1 11-3-11

Dated:  November 4, 2011                    WINGET SPADAFORA &
                                            SCHWARTBERG, LLP


                                            By: /s/ David Maurer_____
                                                Brandon S. Reif
                                                David Maurer
                                                Attorneys for Defendants
                                                RAYMOND F. OLMO & RF OLMO &
                                                ASSOCIATES


Dated:  November 4, 2011                    MANDELL & ASSOCIATES, PC


                                            By: /s/ Barbara J. Mandell_____
                                                Barbara J. Mandell
                                                Lyndon H. Hong
                                                Attorneys for Defendant
                                                DAVID ZUCCOLOTTO


Dated:  November 4, 2011                    GUY KORNBLUM & ASSOCIATES


                                            By: /s/ Walter Crump_____
                                                Walter Crump
                                                Attorneys for Plaintiffs
                                                ELEFTHERIOS EFSTRATIS, ELEFTHERIOS
                                                D. EFSTRATIS, PATRICIA E. EFSTRATIS,
                                                JESSICA N. EFSTRATIS, THOMAS A.
                                                JOHNSON, AND NORA E. RUNDELL




**IT IS SO ORDERED.**


Dated: November 7, 2011

                                            _____
                                            LAWRENCE K. KARLTON
                                            SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT