KURT A. KAPPES, SBN 146384
STEPHEN E. PAFFRATH, SBN 195932
GREENBERG TAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
kappesk@gtlaw.com
paffraths@gtlaw.com

ENRIQUE D. ARANA (*pro hac vice*)
TODD M. FULLER (*pro hac vice*)
JORDEN BURT LLP
777 Brickell Avenue, Suite 500
Miami, Florida 33131
Telephone: (305) 371-2600
Facsimile: (305) 372-992
eda@jordenusa.com
tmf@jordenusa.com

Attorneys for Defendants
AMERUS LIFE INSURANCE COMPANY
AVIVA LIFE AND ANNUITY

*Complete List of Parties Represented and Counsel on Signature Page*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENESIS SPECIALTY TILE & ACCESSORIES, LLC; ELEFTHERIOS EFSTRATIS; ELEFTHERIOS D. EFSTRATIS; PATRICIA E. EFSTRATIS; JESSICA N. EFSTRATIS; THOMAS A. JOHNSON; NORA E. RUNDELL, <br><br>  Plaintiff, <br><br> v. <br><br> AMERUS LIFE INSURANCE COMPANY OF IOWA; AVIVA LIFE AND ANNUITY COMPANY f/k/a/ AMERUS LIFE INSURANCE COMPANY, a corporation, RAYMOND F. OLMO, an individual; R.F. OLMO & ASSOCIATES, INC., a corporation; MARSHALL KATZMAN, an individual; UNITED FINANCIAL GROUP, LTD, a corporation; DAVID ZUCCOLOTTO; and DOES 1 through 100, inclusive <br><br>  Defendants. | CASE NO. 2:11-cv-02489-LKK-DAD <br><br> **THE PARTIES' JOINT STATUS REPORT AND STIPULATION AND REQUEST TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE; ORDER** <br><br> Hearing: March 19, 2012 <br> Time: 1:30 p.m. <br> Ctrm: 4 |

Plaintiffs Genesis Specialty Tile & Accessories, LLC, Eleftherios Efstratis, Eleftherios D. Efstratis, Patricia E. Efstratis, Jessica N. Efstratis, Thomas A. Johnson, and Nora E. Rundell ("Plaintiffs") and Defendants Amerus Life Insurance Company, Aviva Life and Annuity Company, Raymond F. Olmo, RF Olmo & Associates, Inc., Marshall Katzman, and David Zuccolotto ("Defendants") hereby submit the following as their joint status report pursuant to the Court's Order of February 15, 2012, and stipulate as set forth below:

1. At the time this matter was conditionally transferred by the United States Judicial Panel on Multidistrict Litigation, Plaintiffs had pending a Motion to Remand the matter to the state court. The Motion to Remand was fully briefed except for Plaintiffs' reply to the Defendants' opposition. Also pending at the time the matter was transferred were Motions to Dismiss filed by several of the Defendants. However, by stipulated order further briefing on the motions to dismiss was continued until after the Court had decided Plaintiffs' Motion to Remand.

2. Plaintiffs have noticed their Motion to Remand for hearing on March 26, 2012.

3. The resolution of Plaintiffs' Motion to Remand may moot the need for a Status (Pretrial Scheduling) Conference, and any further briefing in this court on the Motions to Dismiss. Consequently, the Parties request that the March 19, 2012 Status Conference be taken off the Court's calendar, to be set for a new date, to be determined by the Court, if necessary, after a decision on Plaintiff's Motion To Remand.

IT IS SO STIPULATED

Respectfully submitted,

Dated: March 5, 2012                    GREENBERG TRAURIG, LLP

By: /s/ Stephen E. Paffrath
    Kurt A. Kappes
    Stephen E. Paffrath
    Attorneys for Defendants
    AMERUS LIFE INSURANCE COMPANY
    AVIVA LIFE AND ANNUITY

1   Case No. 2:11-cv-02489-LKK-DAD
JOINT STATUS REPORT AND STIPULATION AND REQUEST TO CONTINUE OF
INITIAL STATUS (PRETRIAL SCHEDULING) CONFERENCE; [PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | Dated: March 5, 2012 | KLINEDINST PC |
| 2 | | |
| 3 | | By: /s/ Connie M. Anderson___ |
| | |    Connie M. Anderson |
| 4 | |    Reina G. Minoya |
| | |    Attorneys for Defendant |
| 5 | |    MARSHALL KATZMAN |

Dated: March 5, 2012    WINGET SPADAFORA & SCHWARTBERG, LLP

By: /s/ David Maurer_____
   Brandon S. Reif
   David Maurer
   Attorneys for Defendants
   RAYMOND F. OLMO & RF OLMO & ASSOCIATES

Dated: March 5, 2012    MANDELL & ASSOCIATES, PC

By: /s/ Barbara J. Mandell___
   Barbara J. Mandell
   Lyndon H. Hong
   Attorneys for Defendant
   DAVID ZUCCOLOTTO

Dated: March 5, 2012    GUY KORNBLUM & ASSOCIATES

By: /s/ Walter Crump_____
   Walter Crump
   Attorneys for Plaintiffs
   ELEFTHERIOS EFSTRATIS, ELEFTHERIOS D. EFSTRATIS, PATRICIA E. EFSTRATIS, JESSICA N. EFSTRATIS, THOMAS A. JOHNSON, AND NORA E. RUNDELL

**ORDER**

In light of the parties' above stipulation and good cause appearing therefore, the Status Conference set for March 19, 2012 at 1:30 p.m. in courtroom #4 is hereby continued to May 29, 2012 at 2:30 p.m. The parties shall file their status reports fourteen (14) days prior to the status conference.

**IT IS SO ORDERED.**

Dated: March 15, 2012

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT