| | |
|---|---|
| 1 | KURT A. KAPPES, SBN 146384 |
| | STEPHEN E. PAFFRATH, SBN 195932 |
| 2 | GREENBERG TAURIG, LLP |
| | 1201 K Street, Suite 1100 |
| 3 | Sacramento, CA  95814-3938 |
| | Telephone:  (916) 442-1111 |
| 4 | Facsimile:  (916) 448-1709 |
| | kappesk@gtlaw.com |
| 5 | paffraths@gtlaw.com |
| 6 | ENRIQUE D. ARANA (*pro hac vice*) |
| | TODD M. FULLER (*pro hac vice*) |
| 7 | JORDEN BURT LLP |
| | 777 Brickell Avenue, Suite 500 |
| 8 | Miami, Florida  33131 |
| | Telephone:  (305) 371-2600 |
| 9 | Facsimile:  (305) 372-992 |
| | eda@jordenusa.com |
| 10 | tmf@jordenusa.com |
| 11 | Attorneys for Defendants |
| | AMERUS LIFE INSURANCE COMPANY |
| 12 | AVIVA LIFE AND ANNUITY |
| 13 | *Complete List of Parties Represented and Counsel on Signature Page* |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GENESIS SPECIALTY TILE & ACCESSORIES, LLC; ELEFTHERIOS EFSTRATIS; ELEFTHERIOS D. EFSTRATIS; PATRICIA E. EFSTRATIS; JESSICA N. EFSTRATIS; THOMAS A. JOHNSON; NORA E. RUNDELL, | CASE NO.  2:11-cv-02489-LKK-DAD |
| Plaintiff, | **THE PARTIES' JOINT STATUS REPORT AND STIPULATION AND REQUEST TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE; ORDER** |
| v. | |
| AMERUS LIFE INSURANCE COMPANY OF IOWA; AVIVA LIFE AND ANNUITY COMPANY f/k/a/ AMERUS LIFE INSURANCE COMPANY, a corporation, RAYMOND F. OLMO, an individual; R.F. OLMO & ASSOCIATES, INC., a corporation; MARSHALL KATZMAN, an individual; UNITED FINANCIAL GROUP, LTD, a corporation; DAVID ZUCCOLOTTO; and DOES 1 through 100, inclusive | Hearing: March 19, 2012<br>Time: 1:30 p.m.<br>Ctrm: 4 |
| Defendants. | |

Case No. 2:11-cv-02489-LKK-DAD
**JOINT STATUS REPORT AND STIPULATION AND REQUEST TO CONTINUE OF INITIAL STATUS (PRETRIAL SCHEDULING) CONFERENCE; [PROPOSED] ORDER**

Plaintiffs Genesis Specialty Tile & Accessories, LLC, Eleftherios Efstratis, Eleftherios D. Efstratis, Patricia E. Efstratis, Jessica N. Efstratis, Thomas A. Johnson, and Nora E. Rundell ("Plaintiffs") and Defendants Amerus Life Insurance Company, Aviva Life and Annuity Company, Raymond F. Olmo, RF Olmo & Associates, Inc., Marshall Katzman, and David Zuccolotto ("Defendants") hereby submit the following as their joint status report pursuant to the Court's Order of February 15, 2012, and stipulate as set forth below:

1. At the time this matter was conditionally transferred by the United States Judicial Panel on Multidistrict Litigation, Plaintiffs had pending a Motion to Remand the matter to the state court. The Motion to Remand was fully briefed except for Plaintiffs' reply to the Defendants' opposition. Also pending at the time the matter was transferred were Motions to Dismiss filed by several of the Defendants. However, by stipulated order further briefing on the motions to dismiss was continued until after the Court had decided Plaintiffs' Motion to Remand.

2. Plaintiffs have noticed their Motion to Remand for hearing on March 26, 2012.

3. The resolution of Plaintiffs' Motion to Remand may moot the need for a Status (Pretrial Scheduling) Conference, and any further briefing in this court on the Motions to Dismiss. Consequently, the Parties request that the March 19, 2012 Status Conference be taken off the Court's calendar, to be set for a new date, to be determined by the Court, if necessary, after a decision on Plaintiff's Motion To Remand.

IT IS SO STIPULATED

Dated: March 5, 2012

Respectfully submitted,

GREENBERG TRAURIG, LLP

By: /s/ Stephen E. Paffrath
    Kurt A. Kappes
    Stephen E. Paffrath
    Attorneys for Defendants
    AMERUS LIFE INSURANCE COMPANY
    AVIVA LIFE AND ANNUITY

1   Case No. 2:11-cv-02489-LKK-DAD
JOINT STATUS REPORT AND STIPULATION AND REQUEST TO CONTINUE OF
INITIAL STATUS (PRETRIAL SCHEDULING) CONFERENCE; [PROPOSED] ORDER

| | |
|---|---|
| Dated:  March 5, 2012 | KLINEDINST PC |
| | |
| | By: /s/ Connie M. Anderson<br>    Connie M. Anderson<br>    Reina G. Minoya<br>    Attorneys for Defendant<br>    MARSHALL KATZMAN |
| | |
| Dated:  March 5, 2012 | WINGET SPADAFORA & SCHWARTBERG, LLP |
| | |
| | By: /s/ David Maurer<br>    Brandon S. Reif<br>    David Maurer<br>    Attorneys for Defendants<br>    RAYMOND F. OLMO & RF OLMO & ASSOCIATES |
| | |
| Dated:  March 5, 2012 | MANDELL & ASSOCIATES, PC |
| | |
| | By: /s/ Barbara J. Mandell<br>    Barbara J. Mandell<br>    Lyndon H. Hong<br>    Attorneys for Defendant<br>    DAVID ZUCCOLOTTO |
| | |
| Dated: March 5, 2012 | GUY KORNBLUM & ASSOCIATES |
| | |
| | By: /s/ Walter Crump<br>    Walter Crump<br>    Attorneys for Plaintiffs<br>    ELEFTHERIOS EFSTRATIS, ELEFTHERIOS D. EFSTRATIS, PATRICIA E. EFSTRATIS, JESSICA N. EFSTRATIS, THOMAS A. JOHNSON, AND NORA E. RUNDELL |

**ORDER**

In light of the parties' above stipulation and good cause appearing therefore, the Status Conference set for March 19, 2012 at 1:30 p.m. in courtroom #4 is hereby continued to May 29, 2012 at 2:30 p.m. The parties shall file their status reports fourteen (14) days prior to the status conference.

**IT IS SO ORDERED.**

Dated: March 15, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT