| | |
|---|---|
| 1 | KURT A. KAPPES, SBN 146384 |
|   | STEPHEN E. PAFFRATH, SBN 195932 |
| 2 | GREENBERG TRAURIG, LLP |
|   | 1201 K Street, Suite 1100 |
| 3 | Sacramento, CA  95814-3938 |
|   | Telephone:  (916) 442-1111 |
| 4 | Facsimile:  (916) 448-1709 |
|   | kappesk@gtlaw.com |
| 5 | paffraths@gtlaw.com |
| 6 | ENRIQUE D. ARANA (*pro hac vice*) |
|   | TODD M. FULLER (*pro hac vice*) |
| 7 | JORDEN BURT LLP |
|   | 777 Brickell Avenue, Suite 500 |
| 8 | Miami, Florida  33131 |
|   | Telephone:  (305) 371-2600 |
| 9 | Facsimile:  (305) 372-992 |
|   | eda@jordenusa.com |
| 10 | tmf@jordenusa.com |

Attorneys for Defendants
AMERUS LIFE INSURANCE COMPANY
AVIVA LIFE AND ANNUITY

*Complete List of Parties Represented and Counsel on Signature Page*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENESIS SPECIALTY TILE & ACCESSORIES, LLC; ELEFTHERIOS EFSTRATIS; ELEFTHERIOS D. EFSTRATIS; PATRICIA E. EFSTRATIS; JESSICA N. EFSTRATIS; THOMAS A. JOHNSON; NORA E. RUNDELL, <br><br> Plaintiff, <br><br> v. <br><br> AMERUS LIFE INSURANCE COMPANY OF IOWA; AVIVA LIFE AND ANNUITY COMPANY f/k/a/ AMERUS LIFE INSURANCE COMPANY, a corporation, RAYMOND F. OLMO, an individual; R.F. OLMO & ASSOCIATES, INC., a corporation; MARSHALL KATZMAN, an individual; UNITED FINANCIAL GROUP, LTD, a corporation; DAVID ZUCCOLOTTO; and DOES 1 through 100, inclusive <br><br> Defendants. | CASE NO.  2:11-cv-02489-LKK-DAD <br><br> **STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO REMAND; ORDER** <br><br> Hearing: April 9, 2012 <br> Time:     10:00 a.m. <br> Ctrm:     4 |

Case No. 2:11-cv-02489-LKK-DAD
**STIPULATION TO CONTINUE HEARING ON PLAINTIFFS" MOTION TO REMAND; [PROPOSED] ORDER**

Plaintiffs Genesis Specialty Tile & Accessories, LLC, Eleftherios Efstratis, Eleftherios D. Efstratis, Patricia E. Efstratis, Jessica N. Efstratis, Thomas A. Johnson, and Nora E. Rundell ("Plaintiffs") and Defendants Amerus Life Insurance Company, Aviva Life and Annuity Company, Raymond F. Olmo, RF Olmo & Associates, Inc., Marshall Katzman, and David Zuccolotto ("Defendants") hereby stipulate as set forth below:

1. Counsel for Defendants Amerus Life Insurance Company and Aviva Life and Annuity Company (the "Aviva Defendants") had an unavoidable scheduling conflict that would have prevented him from being able to attend the hearing on Plaintiffs' Motion to Remand, currently scheduled for March 26, 2012.

2. Plaintiffs' counsel agreed to change the date for hearing on the Motion to Remand to the next available date on the Court's calendar so that Aviva's counsel could be present at the hearing. After determining that date was April 9, 2012, Plaintiffs' counsel filed a Notice to Reschedule the Hearing on Plaintiffs' Motion for Remand, indicating that the motion would be heard on April 9, 2012, at 10:00 a.m., in courtroom 4.

3. The Parties all agree to hearing of the Motion to Remand on April 9, 2012 at 10:00 a.m..

IT IS SO STIPULATED

Respectfully submitted,

Dated: March 19, 2012                GREENBERG TRAURIG, LLP

By: /s/ Stephen E. Paffrath
    Kurt A. Kappes
    Stephen E. Paffrath
    Attorneys for Defendants
    AMERUS LIFE INSURANCE COMPANY
    AVIVA LIFE AND ANNUITY

Dated: March 19, 2012                KLINEDINST PC

By: /s/ Connie M. Anderson___
    Connie M. Anderson
    Reina G. Minoya
    Attorneys for Defendant
    MARSHALL KATZMAN

Dated: March 19, 2012                             WINGET SPADAFORA &
                                                  SCHWARTBERG, LLP


                                                  By: /s/ David Maurer
                                                      Brandon S. Reif
                                                      David Maurer
                                                      Attorneys for Defendants
                                                      RAYMOND F. OLMO & RF OLMO &
                                                      ASSOCIATES


Dated: March 19, 2012                             MANDELL & ASSOCIATES, PC


                                                  By: /s/ Barbara J. Mandell
                                                      Barbara J. Mandell
                                                      Lyndon H. Hong
                                                      Attorneys for Defendant
                                                      DAVID ZUCCOLOTTO


Dated: March 19, 2012                             GUY KORNBLUM & ASSOCIATES


                                                  By: /s/ Walter Crump
                                                      Walter Crump
                                                      Attorneys for Plaintiffs
                                                      ELEFTHERIOS EFSTRATIS, ELEFTHERIOS
                                                      D. EFSTRATIS, PATRICIA E. EFSTRATIS,
                                                      JESSICA N. EFSTRATIS, THOMAS A.
                                                      JOHNSON, AND NORA E. RUNDEL

# ORDER

In light of the parties' above stipulation and good cause appearing therefore, the hearing on Plaintiffs' Motion to Remand, currently set for March 26, 2012 at 10:00 a.m. in courtroom #4 is hereby rescheduled for hearing on April 9, 2012 at 10:00 a.m. in courtroom #4.

**IT IS SO ORDERED.**

Dated:   March 20, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

# DECLARATION OF SERVICE

RE: *Genesis Specialty Tile & Accessories, LLC, et al. v. Amerus Life Insurance Company of Iowa, et al.* (United States District Court, Eastern District of California Case No. 2:11-cv-02489-LKK-DAD)

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in this action. I am employed in the County of Sacramento, State of California and my business address is Greenberg Traurig, LLP, 1201 K Street, Suite 1100, Sacramento, CA 95814. On this day I caused to be served the following document(s):

**STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO REMAND; [PROPOSED] ORDER**

☒ by placing ☐ the original ☒ a true copy into sealed envelopes addressed and served as follows:

Lee Harris, Esq.
Goldstein, Gellman, Melbostad, Harris & McSparran, LLP
1388 Sutter Street, Suite 1000
San Francisco, CA 94109
Telephone: (415) 673-5600
Facsimile: (415) 673-5606

*Attorneys for Plaintiffs*

☒ **BY MAIL**: I am familiar with this firm's practice whereby the mail, after being placed in a designated area, is given fully prepaid postage and is then deposited with the U.S. Postal Service at Sacramento, California, after the close of the day's business.

☐ **BY PERSONAL SERVICE**: I caused such envelope to be delivered by hand.

☐ **BY OVERNIGHT COURIER**: I caused such envelope to be placed for collection and delivery in accordance with standard overnight delivery procedures for delivery the next business day.

☐ **BY FACSIMILE**: I caused such document(s) to be transmitted by facsimile transmission from (916) 448-1709 to the person(s) and facsimile transmission number(s) shown above. The facsimile transmission was reported as complete without error and a transmission report was properly issued by the transmitting facsimile machine.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed on March 19, 2012, at Sacramento, California.

/s/Kimberly Smith
**Kimberly Smith**