**GUY KORNBLUM & ASSOCIATES ATTORNEYS**

GUY O. KORNBLUM (39974)
MUKESH ADVANI (117974)
GUY KORNBLUM & ASSOCIATES
1388 Sutter Street, Suite 820
San Francisco, California 94109
Telephone: (415) 440-7800
Fax: (415) 440-7898

Attorneys for Plaintiffs
GENESIS SPECIALTY TILE &
ACCESSORIES, LLC; ELEFTHERIOS
D. EFSTRATIS; PATRICIA E. EFSTRATIS;
JESSICA N. EFSTRATIS; THOMAS A.
JOHNSON; NORA E. RUNDELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENESIS SPECIALTY TILE & ACCESSORIES, LLC; ELEFTHERIOS EFSTRATIS; ELEFTHERIOS D. EFSTRATIS; PATRICIA E. EFSTRATIS; JESSICA N. EFSTRATIS; THOMAS A. JOHNSON; NORA E. RUNDELL,<br><br>PLAINTIFFS,<br><br>v.<br><br>AMERUS LIFE INSURANCE COMPANY OF IOWA; AVIVA LIFE AND ANNUITY COMPANY fka AMERUS LIFE INSURANCE COMPANY, a corporation; RAYMOND F. OLMO an individual; R.F. OLMO & ASSOCIATES, INC. a corporation; MARSHALL KATZMAN, an individual; UNITED FINANCIAL GROUP, LTD; a corporation; DAVID ZUCCOLOTTO; and DOES 1 through 100, inclusive,<br>.<br><br>DEFENDANTS. | Case No.: 2:11-cv-02489-LKK-DAD<br><br>**ORDER GRANTING PLAINTIFFS'APPLICATION FOR LEAVE TO FILE REQUEST FOR JUDICIAL NOTICE REGARDING PLAINTIFFS' MOTION TO REMAND**<br><br>Hearing:     April 9, 2012<br>Time:        10:00 a.m.<br>Courtroom: 4, 15th Floor<br>Judge:       Hon. Lawrence K. Karlton |

[Proposed] Order Granting Application for Leave to File Request for Judicial Notice Re: Plaintiffs' Motion to Remand– Case No.: 2:11-cv-02489-LKK-DAD

1

Plaintiffs GENESIS SPECIALTY TILE & ACCESSORIES, LLC; ELEFTHERIOS EFSTRATIS; ELEFTHERIOS D. EFSTRATIS; PATRICIA E. EFSTRATIS; JESSICA N. EFSTRATIS; THOMAS A. JOHNSON and NORA E. RUNDELL (hereafter "Plaintiffs") submitted to this Court an Application for Leave to File a Request for Judicial Notice Regarding their Motion for Remand ("Plaintiffs' Application").  After consideration of this Application, its attached Request for Judicial Notice AND FOR GOOD CAUSE BEING SHOWN THEREFORE, IT IS HEREBY ORDERED THAT:

Plaintiffs' Application is Granted.  Plaintiffs may immediately file the above-referenced Request for Judicial Notice.

DATED:   April 6, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[Proposed] Order Granting Application for Leave to File Request for Judicial Notice Re: Plaintiffs' Motion to Remand– Case No.: 2:11-cv-02489-LKK-DAD

2